Alla Gulchina
Price Law Group, APC
86 Hudson Street
Hoboken, NJ 07030
Tel: 818-600-5566
alla@pricelawgroup.com
Attorney for Plaintiff,
David Gibson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID GIBSON, | Case No.: 2:18-cv-04521-JS |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, David Gibson ("Plaintiff") and Defendant, Navient Solutions, LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as there are no remaining defendants. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 25, 2019 | */s/Alla Gulchina*_____<br>By: Alla Gulchina<br>Price Law Group, APC<br>86 Hudson Street<br>Hoboken, NJ 07030<br>Tel: 818-600-5566<br>alla@pricelawgroup.com<br>Attorney for Plaintiff,<br>David Gibson |