Alla Gulchina, Esq.
**Price Law Group, APC**
86 Hudson Street
Hoboken, NJ
T. (818) 600-5566
E. alla@pricelawgroup.com
Attorneys for Plaintiff,
*David Gibson*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Gibson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Navient Solutions, LLC,<br>        Defendant. | Case No.: 2:18-cv-04521-JS<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, David Gibson, by and through his attorneys, Price Law Group, APC, and Defendant, Navient Solutions, LLC, by and through its attorneys Stradley Ronon Stevens & Young, LLP, hereby stipulate to dismiss Plaintiff's claims against Navient Solutions, LLC, with prejudice, with each party to bear their own costs and attorneys' fees.

1

2  Dated: August 28, 2019

3  **Price Law Group, APC**                         **Stradley Ronon Stevens & Young**
                                                    **LLP**
4
   _/s/ Alla Gulchina_                              _/s/ Mark D. Villanueva, Esq._
5  Alla Gulchina, Esq.                              Mark D. Villanueva, Esq.
   86 Hudson Street                                 Thomas F. Lucchesi, Esq.
6  Hoboken, NJ 07030                                2005 Market Street, Suite 2600
   T. (818) 600-5566                                Philadelphia, PA 19103
7  alla@pricelawgroup.com                           T. (215) 564-8159
   Attorneys for Plaintiff,                         mvillanueva@stradley.com
8  _David Gibson_                                   tlucchesi@stradley.com
                                                    Attorneys for Defendant,
9                                                   _Navient Solutions, LLC_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28